IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENORX, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. _____ ) |
| HOLOGIC, INC., | ) DEMAND FOR JURY TRIAL ) |
| Defendant. | ) |

### PLAINTIFF'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff states that it is an indirect wholly-owned subsidiary of C.R. Bard, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff SenoRx, Inc.*

OF COUNSEL:

Bruce R. Genderson
Aaron P. Maurer
Adam D. Harber
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

February 10, 2012