IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENORX, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-173-LPS-CJB |
| v. | ) |
| | ) |
| HOLOGIC, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of the following attorneys to represent defendant Hologic, Inc. in this matter:

> Matthew M. Wolf [Matthew.Wolf@aporter.com]
> John E. Nilsson [John.Nilsson@aporter.com]
> Amy DeWitt [amy.dewitt@aporter.com]
> ARNOLD & PORTER LLP
> 555 Twelfth Street, NW
> Washington DC 20004-1206
> Telephone: (202) 942-5000
>
> Brian Martinez [Brian.Martinez@aporter.com]
> ARNOLD & PORTER LLP
> 44th Floor
> 777 South Figueroa Street
> Los Angeles, CA 90017-5844
> Telephone: (213) 243-4000

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney

has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

June 18, 2012

_____

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
James L. Higgins (#5021) *[jhiggins@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
*Attorneys for Defendant Hologic, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of

Matthew M. Wolf, John E. Nilsson, Amy DeWitt, and Brian Martinez is GRANTED.

Date:  June _____, 2012

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bars of the District of

Columbia, Maryland, and Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of

this action.  I also certify that I am generally familiar with this Court's Local Rules.  In

accordance with Revised Standing Order for District Court Fund effective 7/23/09, I further

certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid

previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.


Dated:  June 14, 2012

Matthew M. Wolf
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington DC 20004-1206
(202) 942-5000
E-mail: Matthew.Wolf@aporter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 14, 2012

John E. Nilsson
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington DC 20004-1206
(202) 942-5000
E-mail: John.Nilsson@aporter.com

054604.1010

01:12186180.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and North Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 14, 2012

Amy DeWitt
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington DC 20004-1206
(202) 942-5000
E-mail: amy.dewitt@aporter.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the California Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 14, 2012

Brian Martinez
ARNOLD & PORTER LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844
(213) 243-4000
E-mail: Brian.Martinez@aporter.com

054604.1010

01:12186180.1

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 18, 2012, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

### *By E-Mail*

Jack B. Blumenfeld [jblumenfeld@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Bruce R. Genderson [bgenderson@wc.com]
Aaron P. Maurer [amaurer@wc.com]
Adam D. Harber [aharber@wc.com]
Patricia L. Richman [prichman@wc.com]
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Attorneys for Plaintiff SenoRx, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____

Karen L. Pascale (#2903) [kpascale@ycst.com]
James L. Higgins (#5021) [jhiggins@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendant Hologic, Inc.*

01:12121977.1