IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENORX, INC.<br><br>       Plaintiff,<br><br>v.<br><br>HOLOGIC, INC.<br><br>       Defendant. | C.A. No. 12-173-LPS-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 30, 2012, copies of *Hologic, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were caused to be served upon the following counsel in the manner indicated below:

### BY HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld [jblumenfeld@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

### BY E-MAIL

Bruce R. Genderson [bgenderson@wc.com]
Aaron P. Maurer [amaurer@wc.com]
Adam D. Harber [aharber@wc.com]
Patricia L. Richman [prichman@wc.com]
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

PLEASE TAKE FURTHER NOTICE that on July 30, 2012, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send

01:12328091.1

2

notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld [jblumenfeld@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19801

In addition, on July 30, 2012, this Notice of Service was served by e-mail on all counsel listed above.

| | |
|---|---|
| July 30, 2012 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| | */s/ James L. Higgins* |
| | Karen L. Pascale (#2903) *[kpascale@ycst.com]*<br>James L. Higgins (#5021) *[jhiggins@ycst.com]*<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600 |
| | *Attorneys for Defendant Hologic, Inc.* |