IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENORX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-173 (LPS) (CJB) |
| | ) | |
| HOLOGIC, INC., | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Rule 26(a)(1) Initial Disclosures* were caused to be served on July 30, 2012 upon the following in the manner indicated:

Karen L. Pascale, Esquire                          *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Matthew M. Wolf, Esquire                          *VIA ELECTRONIC MAIL*
John E. Nilsson, Esquire
Amy DeWitt, Esquire
ARNOLD & PORTER
555 Twelfth Street, NW
Washington, DC 20004-1206

Brian Martinez, Esquire                            *VIA ELECTRONIC MAIL*
ARNOLD & PORTER
777 South Figueroa Street
Los Angeles, CA 90017-5844

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          /s/ Jack B. Blumenfeld
                                        Jack B. Blumenfeld (#1014)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        jblumenfeld@mnat.com

                                        *Attorneys for Plaintiff SenoRx, Inc.*

OF COUNSEL:

Bruce R. Genderson
Aaron P. Maurer
Adam D. Harber
Patricia L. Richman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

July 30, 2012

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 30, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale, Esquire<br>James L. Higgins, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Matthew M. Wolf, Esquire<br>John E. Nilsson, Esquire<br>Amy DeWitt, Esquire<br>ARNOLD & PORTER<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206 | *VIA ELECTRONIC MAIL* |
| Brian Martinez, Esquire<br>ARNOLD & PORTER<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)