**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SENORX, INC., | ) | |
|       Plaintiff, | ) ) ) | |
|       v. | ) ) | C.A. No. 12-173-LPS-CJB |
| HOLOGIC, INC., | ) ) | |
|       Defendant. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 2, 2012, copies of *Hologic's Objections and Responses to SenoRx's First Set of Requests for Production (Nos. 1-89)* were caused to be served upon the following counsel in the manner indicated below:

    ***By E-Mail***

    Jack B. Blumenfeld [jblumenfeld@mnat.com]
    MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19801

    Bruce R. Genderson [bgenderson@wc.com]
    Aaron P. Maurer [amaurer@wc.com]
    Adam D. Harber [aharber@wc.com]
    Patricia L. Richman [prichman@wc.com]
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, DC  20005

    *Attorneys for Plaintiff SenoRx, Inc.*

PLEASE TAKE FURTHER NOTICE that on August 2, 2012, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send

notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld [jbbefiling@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

In addition, on August 2, 2012, this Notice of Service was served by e-mail on all counsel listed above.

|  |  |
|---|---|
| August 2, 2012 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (#2903) *[kpascale@ycst.com]*<br>James L. Higgins (#5021) *[jhiggins@ycst.com]*<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19899-0391<br>Telephone:  (302) 571-6600<br><br>*Attorneys for Defendant Hologic, Inc.* |

OF COUNSEL:

Matthew M. Wolf
John E. Nilsson
Amy L. DeWitt
ARNOLD & PORTER LLP
555 12th St. NW
Washington, DC 20004
Telephone: (202) 942-5000