# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 27, 2012

The Honorable Christopher J. Burke                                    *VIA ELECTRONIC FILING*
United States District Court
   For the District of Delaware
844 North King Street
Wilmington, DE  19899

      Re:    *SenoRX, Inc. v. Hologic, Inc.*
               C.A. No. 12-173 (LPS) (CJB)

Dear Judge Burke:

        Briefing has been completed on Defendant Hologic, Inc.'s Motion to Bifurcate and Stay Discovery on Damages and Willfulness. Plaintiff SenoRx, Inc. requests argument on that motion at the Court's convenience. We note that Hologic has discussed for the first time in its reply brief other litigation between the parties pending in California, without providing the proper context for the Court to understand why the issues in that litigation were bifurcated. In the event that SenoRx is not able to address that litigation at oral argument, we request the opportunity to submit a short surreply brief on that limited issue.

                                                          Respectfully,

                                                             Jack B. Blumenfeld (#1014)

JBB/dlw
cc:    Clerk of Court (Via Hand Delivery)
        Karen L. Pascale, Esquire (Via Electronic Mail)
        John E. Nilsson, Esquire (Via Electronic Mail)
        Brian Martinez, Esquire (Via Electronic Mail)
        Bruce R. Genderson, Esquire (Via Electronic Mail)