**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SENORX INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-0173-LPS-CJB |
| | ) | |
| HOLOGIC INC.,, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SCHEDULING ADR TELECONFERENCE**

At Wilmington this 18rh day of September, 2012.

IT IS ORDERED that a teleconference has been scheduled for **Monday, April 15, 2013, at 11:30 a.m.** with Magistrate Judge Burke.  **Plaintiff(s) counsel shall initiate the teleconference call to 302-573-4595.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE