## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENORX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-173 (LPS) (CJB) |
| | ) | |
| HOLOGIC, INC., | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Initial Infringement Contentions* were caused to be served on September 28, 2012 upon the following in the manner indicated:

John E. Nilsson, Esquire                                              *VIA ELECTRONIC MAIL*
Amy DeWitt, Esquire
ARNOLD & PORTER
555 Twelfth Street, NW
Washington, DC  20004-1206


MORRIS, NICHOLS, ARSHT & TUNNELL LLP


Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

OF COUNSEL:

Bruce R. Genderson                                    *Attorneys for Plaintiff SenoRx, Inc.*
Aaron P. Maurer
Adam D. Harber
Patricia L. Richman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

October 1, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 1, 2012, upon the following in the manner indicated:

Karen L. Pascale, Esquire                                 *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Matthew M. Wolf, Esquire                                  *VIA ELECTRONIC MAIL*
John E. Nilsson, Esquire
Amy DeWitt, Esquire
ARNOLD & PORTER
555 Twelfth Street, NW
Washington, DC  20004-1206

Brian Martinez, Esquire                                   *VIA ELECTRONIC MAIL*
ARNOLD & PORTER
777 South Figueroa Street
Los Angeles, CA  90017-5844


Jack B. Blumenfeld (#1014)