**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SENORX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-173-LPS-CJB |
| | ) | |
| HOLOGIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 29, 2012, copies of ***Hologic's Preliminary Invalidity Contentions*** were caused to be served upon the following counsel in the manner indicated below:

### *By E-Mail*

Jack B. Blumenfeld [jblumenfeld@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Aaron P. Maurer [amaurer@wc.com]
Adam D. Harber [aharber@wc.com]
Patricia L. Richman [prichman@wc.com]
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Attorneys for Plaintiff SenoRx, Inc.*

PLEASE TAKE FURTHER NOTICE that on November 2, 2012, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld [jbbefiling@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

In addition, on November 2, 2012, this Notice of Service was served by e-mail on all counsel

listed above.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

November 2, 2012

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
James L. Higgins (#5021) *[jhiggins@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600

*Attorneys for Defendant Hologic, Inc.*

OF COUNSEL:

Matthew M. Wolf
John E. Nilsson
Amy L. DeWitt
ARNOLD & PORTER LLP
555 12th St. NW
Washington, DC 20004
Telephone: (202) 942-5000

01:12733449.1