IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SenoRx, Inc., | ) | |
|           Plaintiff, | ) | |
| v. | ) | Civil Action No. 12-173-LPS-CJB |
| Hologic, Inc., | ) | |
|           Defendant. | ) | |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel and subject to the approval of the Court, that the February 15, 2012 Scheduling Order (D.I. 13) is amended as follows:

1. The date for the submission of briefs on claim construction issues shall be extended from December 19, 2012 to January 18, 2013. The date for the parties' contemporaneous submission of answering/responsive briefs shall be extended from January 31, 2013 to March 1, 2013, and the date of the hearing on claim construction shall be moved from 10:00 a.m. on February 26, 2013 to _10:00_ a.m. on ~~March~~/April _2_, 2013.

1

| | |
|---|---|
| */s/ Maryellen Noreika* | */s/ Karen L. Pascale* |
| Jack B. Blumenfeld (#1014) | Karen L. Pascale (#2903) |
| Maryellen Noreika (#3208) | kpascale@ycst.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | James L. Higgins (#5201) |
| 1201 North Market Street | jhiggins@ycst.com |
| Wilmington, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| jblumenfeld@mnat.com | Rodney Square |
| mnoreika@mnat.com | 1000 North King Street |
| | Wilmington, DE 19801 |
| *Attorneys for Plaintiff SenoRx, Inc.* | 302-571-6600 |

*Attorneys for Defendant Hologic, Inc.*

Dated December 14, 2012

SO ORDERED this 14th day of December, 2012.

_____
Honorable Christopher J. Burke
United States Magistrate Judge

2